IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-CV-3-BO

THE ESTATE OF MARTHA MACKEY )
DEMONTPELLIER, by and through Andre )
P. DeMontpellier as Executor, )
)
        Plaintiff, )
)
v. )    O R D E R
)
JEREMY CARPENTER and )
CHICAMACOMICO BANKS FIRE )
DEPARTMENT, INC., )
)
        Defendants. )

This cause comes before the Court on defendants' motions *in limine* 1, 2, and 3. Plaintiff has failed to respond, and the time for doing so has expired. A jury trial in this matter is currently set to commence on Tuesday, April 11, 2023.

Defendants seek (1) to preclude evidence or argument regarding Carpenter's July 2020 altercation with a neighbor and 2015 charges for public intoxication and failure to produce identification; (2) to preclude questions and/or argument that children could have been using the beach accessway; and (3) to preclude questions and/or arguments regarding whether a course of conduct is "safer" or "the safest."

A ruling *in limine* is preliminary and maybe subject to change as the trial unfolds. *Luce v. United States*, 469 U.S. 38, 41 (1984). Moreover, "[c]ourts routinely defer ruling on motions in limine and evidentiary matters until they have enough information." *Finch v. Covil Corp.*, 388 F. Supp. 3d 593, 612 n.14 (M.D.N.C. 2019). In this instance, the Court will deny the motions *in limine* without prejudice to being re-raised, if necessary, at trial.

SO ORDERED, this 2 day of March 2023.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE